```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06154
     LAUREN P JOHNSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
     SSN XXX-XX-0269


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED        .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         2551.54         .00             .00
CACH HOUSEHOLD BANK        UNSECURED        NOT FILED        .00             .00
SPRINT PCS                 UNSECURED        NOT FILED        .00             .00
CITY OF CHICAGO PARKING    UNSECURED         5540.50         .00             .00
COMCAST                    UNSECURED        NOT FILED        .00             .00
MEDICAL                    UNSECURED        NOT FILED        .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          852.00         .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,334.00                      465.50
TOM VAUGHN                 TRUSTEE                                         34.50
DEBTOR REFUND              REFUND                                         400.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     900.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     465.50
TRUSTEE COMPENSATION                                34.50
DEBTOR REFUND                                      400.00
                          ---------------     ---------------
TOTALS                      900.00                 900.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06154 LAUREN P JOHNSON

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE